ECF No 3

PROB 12C
(6/16)

Report Date: August 24, 2026

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 27, 2026

SEAN F. MCAVOY, CLERK

**for the**

**Eastern District of Washington**

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Wheeler Joseph Paavola Case Number: 0980 2:26CR00050-MKD-1

Address of Offender: [redacted] Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Nancy J. Rosenstengel, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: March 20, 2017

Original Offense: Possession of Contraband by a Federal Inmate, 18 U.S.C. § 1791(a)(2) & (b)(2)

Original Sentence: Prison - 6 months; TSR - 12 months

Type of Supervision: Supervised Release

Asst. U.S. Attorney: U.S. Attorneys Office

Date Supervision Commenced: March 31, 2026

Defense Attorney: Federal Defenders Office

Date Supervision Expires: March 31, 2027

---

## PETITIONING THE COURT

To issue a warrant

On April 1, 2026, an officer with the U.S. Probation Office reviewed a copy of the conditions of supervision with Mr. Paavola as outlined in the judgment and sentence. Mr. Paavola acknowledged an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least tow periodic drug tests thereafter, as determined by the Court, not to exceed 52 tests in one year.<br><br>**Supporting Evidence**: Mr. Paavola allegedly violated the terms of his supervised release by consuming methamphetamine on or about May 17, 2026.<br><br>On May 21, 2026, Mr. Paavola admitted to consuming methamphetamine on or about May 17, 2026, to the undersigned officer and signed a written admission form.<br><br>On May 22, 2026, Mr. Paavola provided a urine sample that tested presumptive positive for methamphetamine and fentanyl. Additionally, Mr. Paavola signed a written admission for consuming these controlled substances on or about May 17, 2026. |

On June 1, 2026, Alere Laboratory confirmed Mr. Paavola's urine samples were in fact positive for methamphetamine and fentanyl.

2 **Mandatory Condition #3**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least tow periodic drug tests thereafter, as determined by the Court, not to exceed 52 tests in one year.

**Supporting Evidence**: It is alleged that Mr. Paavola violated the terms of his supervised release by consuming methamphetamine and fentanyl on or about June 3, 2026.

On June 10, 2026, Mr. Paavola provided a urine sample that tested presumptive positive for methamphetamine and fentanyl. Additionally, Mr. Paavola signed a written admission for consuming methamphetamine, but unaware of fentanyl use.

3 **Mandatory Condition #3**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least tow periodic drug tests thereafter, as determined by the Court, not to exceed 52 tests in one year.

**Supporting Evidence**: It is alleged that Mr. Paavola violated the terms of his supervised release by consuming methamphetamine on or about August 21, 2026.

On August 21, 2026, Mr. Paavola provided a urine sample that tested presumptive positive for methamphetamine. Mr. Paavola denied any use when confronted by U.S. probation officers. Mr. Paavola's urine sample was sent off to Alere Laboratory for further testing.

On August 24, 2026, Mr. Paavola was again asked about his use of controlled substances. He eventually admitted to using methamphetamine on or about August 20, 2026.

4 **Mandatory Condition #3**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least tow periodic drug tests thereafter, as determined by the Court, not to exceed 52 tests in one year.

**Supporting Evidence**: It is alleged that Mr. Paavola violated the terms of his supervised release by consuming methamphetamine, MDMA and fentanyl on or about August 22, 2026.

On August 24, 2026, Mr. Paavola provided a urine sample that tested presumptive positive for methamphetamine, MDMA and fentanyl. Mr. Paavola signed an admission form to using methamphetamine, MDMA and fentanyl on or about August 22, 2026.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/24/2026

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

M. K. Dimke

Signature of Judicial Officer

August 27, 2026

Date